U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 3 2007

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA, ex rel. )
VEN-A-CARE OF THE FLORIDA KEYS, )
INC., by and through ZACHARY T. )
BENTLEY and T. MARK JONES, )
) No. 06-CV-414-SM
        Plaintiff, )
)
v. ) FILED UNDER SEAL - Level I
)
DEY, INC., et al., )
)
        Defendants. )

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint is unsealed;

2. all other contents of the Court's file in this action shall ~~remain under seal and not be made public, except for this Order; and~~ *be returned to the filer.*

3. the seal be lifted as to all other matters occurring in this action after the date of this Order.

This 3rd day of October, 2007.

Steven J. McAuliffe
Chief United States District Judge

cc:  AUSA Farley
      Steven Grill, Esq.
      James Breen, Esq.
      Jonathan Shapiro, Esq.